Christopher Landau, Kirkland & Ellis LLP, Washington, DC, for Plaintiffs–Appellants.

Brian M. Simkin, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

Upon consideration of the order of the Supreme Court of the United States in *Peter H. Beer, et al. v. United States,* —— U.S. ——, 131 S.Ct. 2865, —— L.Ed.2d —— (2011), vacating this court's judgment and remanding to this court for further consideration,

IT IS ORDERED THAT:

The mandate of this court issued on March 30, 2010 is recalled, the appeal is reinstated, and this court's January 15, 2010 judgment is vacated.

Adelaja Allen AROJURAYE, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

Department of Defense, Intervenor.

No. 2011–3034.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2011.

Sheldon I. Cohen, Sheldon I. Cohen & Associates, of Arlington, VA, argued for petitioner.

Michael A. Carney, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were James E. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

NEWMAN, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.